

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00552-CV

**VAL VERDE HOSPITAL DISTRICT** d/b/a Val Verde Regional Medical Center,
Appellant

v.

Griselda **SALAZAR**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2023-0006-CIV
Honorable Robert E. Cadena, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's order denying Appellant Val Verde Hospital District d/b/a Val Verde Regional Medical Center's plea to the jurisdiction is REVERSED, and judgment is RENDERED that all of Appellee Griselda Salazar's claims against Appellant Val Verde Hospital District d/b/a Val Verde Regional Medical Center are dismissed for lack of jurisdiction. Costs of appeal are taxed against Appellee Griselda Salazar.

SIGNED February 5, 2025.

_____
Adrian A. Spears II, Justice